Joseph Hoffman *vs.* William Meyer.

Submitted on briefs April 9, 1894. Affirmed April 14, 1894.

No. 8504.

**Review of order granting or refusing a new trial.**
Rule in *Hicks* v. *Stone,* 13 Minn. 434 (Gil. 398), followed.

Appeal by defendant, William Meyer, from an order of the District Court of Jackson County, *P. E. Brown,* J., made February 8, 1893, granting the motion of plaintiff, Joseph Hoffman, for a new trial.

This action was to recover damages for an assault and battery. The answer was, *son assault demesne.* The parties were German

farmers who had quarrelled over the location of a corner stake between their lands. The evidence was conflicting. The jury returned a verdict for defendant, and the court on motion set it aside and granted a new trial. Defendant appeals.

*Thomas J. Knox,* for appellant.

*W. A. Funk,* for respondent.

GILFILLAN, C. J. The evidence in this case was not manifestly in favor of the verdict, so that the case comes within the rule in *Hicks* v. *Stone,* 13 Minn. 434 (Gil. 398), so often followed by the court.

Order affirmed.

BUCK, J., took no part in this decision.

(Opinion published 58 N. W. 684.)